**Pam Bassel**
**Chapter 13 Standing Trustee**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**
**Telephone: (817) 916-4710**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| IN RE:   Allen Neil Grimes | CASE NO: 19-40504-ELM |
| Debtor | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Allen Neil Grimes | 09/29/2020 | $2,124.00 |
| 13212 Cheatham Ct | | |
| Keller, TX  76244 | | |

/s/   Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THESE FUNDS.**

**Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on October 20, 2020.

/s/   Pam Bassel
Standing Chapter 13 Trustee

Allen Neil Grimes
13212 Cheatham Ct
Keller, TX  76244

**Pam Bassel**
**Chapter 13 Standing Trustee**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**
**Telephone: (817) 916-4710**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **Allen Neil Grimes**                                    **CASE NO: 19-40504-ELM**


            **Debtor**

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Allen Neil Grimes | 09/29/2020 | $2,124.00 |
| 13212 Cheatham Ct | | |
| Keller, TX  76244 | | |

/s/   Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO THESE FUNDS.**

**Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on October 20, 2020.

/s/   Pam Bassel
Standing Chapter 13 Trustee

Allen Neil Grimes
13212 Cheatham Ct
Keller, TX  76244